No. 74–1224.   MAYES ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Reported below: 512 F. 2d 637.

No. 74–1231.   OWENS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Reported below: 511 F. 2d 1205.

No. 74–1256.   BOWNESS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 504 F. 2d 391.

No. 74–1259.   MANDEL ET AL. *v.* NOUSE ET AL.   C. A. 6th Cir.   Certiorari denied.   Reported below: 509 F. 2d 1031.

No. 74–1273.   SHAMY *v.* GOLDSTEIN, U. S. ATTORNEY, ET AL.   C. A. 3d Cir.   Certiorari denied.   Reported below: 510 F. 2d 970.

No. 74–1309.   BOREN *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.   Reported below: 224 N. W. 2d 14.

No. 74–1330.   NATIONAL RIGHT TO WORK LEGAL DEFENSE & EDUCATION FOUNDATION, INC., ET AL. *v.* RICHEY, U. S. DISTRICT JUDGE.   C. A. D. C. Cir.   Certiorari denied.   Reported below: 167 U. S. App. D. C. 18, 510 F. 2d 1239.

No. 74–1344.   HOUSE OF VISION, INC. *v.* WATSON, DIRECTOR, DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.   Reported below: 59 Ill. 2d 508, 322 N. E. 2d 15.

No. 74–1354.   WIDEMAN, ADMINISTRATOR *v.* MISSISSIPPI VALLEY GAS CO.   C. A. 5th Cir.   Certiorari denied.   Reported below: 507 F. 2d 658.

No. 74–1358.   MAY ET AL. *v.* SUPREME COURT OF COLORADO ET AL.   C. A. 10th Cir.   Certiorari denied.   Reported below: 508 F. 2d 136.